**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Foundry Club, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-3957443** |
| 4. | Debtor's address | **Principal place of business**<br><br>**5307 E. Mockingbird**<br>**Suite 500**<br>**Dallas, TX 75206**<br>Number, Street, City, State & ZIP Code<br><br>**Dallas**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Foundry Club, LLC**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Foundry Club, LLC**  Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Foundry Club, LLC**     Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 2, 2018**
MM / DD / YYYY

X **/s/ Barry Capece**         **Barry Capece**
Signature of authorized representative of debtor     Printed name

Title    **Managing Member**

**18. Signature of attorney**

X **/s/ Eric A. Liepins**        Date **July 2, 2018**
Signature of attorney for debtor       MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12270 Coit Road**
**Suite 100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone   **972-991-5591**     Email address   **eric@ealpc.com**

**12338110 TX**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Foundry Club, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Camino Global Foundation** 8625 La Prada Dr, Dallas, TX 75228 | | | | | | $310,000.00 |
| **CC Growth Partners** 1604 Leeward Lane. Plano, TX 75093 | | | | | | $2,500.00 |
| **Cherry, Lane, Peterson** | | | | | | $6,882.50 |
| **CPUSMockingbird, LP** 5910 N Central Expressway Suite 125 Dallas, TX 75206 | | | | | | $47,845.00 |
| **Dalworth** 12750 S. Pipeline Road Dallas, TX 75207 | | | | | | $405.00 |
| **Denitech** 8350 N Central Expy Suite 350 Dallas, TX 75206 | | | | | | $10,000.00 |
| **Drawbridge** PO Box 271179 Dallas, TX 75207 | | | | | | $2,992.00 |
| **Ferguson, braswell, Fraser, Kubasta PC** 2500 Dallas Parkway, Suite 600 Plano, TX 75093 | | | | | | $8,400.00 |
| **Foundy Club Globa, Inc.** 2218 Bryan Street, #201 Dallas, TX 75201 | | | | | | $280,000.00 |

Debtor **Foundry Club, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **G.L. Seamon** | | | | | | **$113,000.00** |
| **Hedrick Kring, PLLC** **1700 Pacific Ave., Suite 4650** **Dallas, TX 75201** | | | | | | **$3,276.05** |
| **hGroup, LLC** **Jim Holloway** **3010 LBJ Frwy, Suite 1200** **Dallas, TX 75234** | | | | | | **$10,000.00** |
| **InterBank** **4921 North May Ave.,** **Oklahoma City, OK 73112** | | | | | | **$138,386.00** |
| **KHA** **4880 Long Prairie Road, #100** **Plano, TX 75093** | | | | | | **$8,400.00** |
| **Labor Poster Services** **901 Mapac Expressway South, Bldg. 1** **Austin, TX 78746** | | | | | | **$84.00** |
| **Lisa Patton** **9910 Lakemere Dr** **Dallas, TX 75238** | | | | | | **$7,300.00** |
| **Sentry Technical Servces** **11421 Chairman Dr.** **Dallas, TX 75243** | | | | | | **$2,992.00** |
| **TGB Partners:** **2705 Bees Cave Road, #120** **Austin, TX 78748** | | | | | | **$40,000.00** |

Camino Global Foundation
8625 La Prada Dr,
Dallas, TX 75228


CC Growth Partners
1604 Leeward Lane.
Plano, TX 75093


Cherry, Lane, Peterson


CPUSMockingbird, LP
5910 N Central Expressway
Suite 125
Dallas, TX 75206


Dalworth
12750 S. Pipeline Road
Dallas, TX 75207


Denitech
8350 N Central Expy Suite 350
Dallas, TX 75206


Drawbridge
PO Box 271179
Dallas, TX 75207


Ferguson, braswell, Fraser, Kubasta PC
2500 Dallas Parkway, Suite 600
Plano, TX 75093


Foundy Club Globa, Inc.
2218 Bryan Street, #201
Dallas, TX 75201

G.L. Seamon

Hedrick Kring, PLLC
1700 Pacific Ave., Suite 4650
Dallas, TX 75201

hGroup, LLC
Jim Holloway
3010 LBJ Frwy, Suite 1200
Dallas, TX 75234

InterBank
4921 North May Ave.,
Oklahoma City, OK 73112

KHA
4880 Long Prairie Road, #100
Plano, TX 75093

Labor Poster Services
901 Mapac Expressway South, Bldg. 1
Austin, TX 78746

Lisa Patton
9910 Lakemere Dr
Dallas, TX 75238

Sentry Technical Servces
11421 Chairman Dr.
Dallas, TX 75243

TGB Partners:
2705 Bees Cave Road, #120
Austin, TX 78748