UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§
**Foundry Club, LLC** § Case No.: **18-32177-sgj11**
§
§
Debtor(s) §
§

# VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **July 3, 2018**  **/s/ Barry Capece**
**Barry Capece/Managing Member**
Signer/Title

Date: **July 3, 2018**  **/s/ Eric A. Liepins**
Signature of Attorney
**Eric A. Liepins**
**Eric A. Liepins**
**12270 Coit Road**
**Suite 100**
**Dallas, TX 75251**
**972-991-5591   Fax: 972-991-5788**

 45-3957443
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

```
Camino Global Foundation
8625 La Prada Dr,
Dallas, TX 75228


CC Growth Partners
1604 Leeward Lane.
Plano, TX 75093


Cherry, Lane, Peterson



CPUSMockingbird, LP
5910 N Central Expressway
Suite 125
Dallas, TX 75206


Dalworth
12750 S. Pipeline  Road
Dallas, TX 75207


Denitech
8350 N Central Expy Suite 350
Dallas, TX 75206


Drawbridge
PO Box 271179
Dallas, TX 75207


Ferguson, braswell, Fraser, Kubasta PC
2500 Dallas Parkway, Suite 600
Plano, TX 75093


Foundy Club Globa, Inc.
2218 Bryan Street, #201
Dallas, TX 75201
```

```
G.L. Seamon


Hedrick Kring, PLLC
1700 Pacific Ave., Suite 4650
Dallas, TX 75201


hGroup, LLC
Jim Holloway
3010 LBJ Frwy, Suite 1200
Dallas, TX 75234


InterBank
4921 North May Ave.,
Oklahoma City, OK 73112


KHA
4880 Long Prairie Road, #100
Plano, TX 75093


Labor Poster Services
901 Mapac Expressway South, Bldg. 1
Austin, TX 78746


Lisa Patton
9910 Lakemere Dr
Dallas, TX 75238


Sentry Technical Servces
11421 Chairman Dr.
Dallas, TX 75243


TGB Partners:
2705 Bees Cave Road, #120
Austin, TX 78748
```