Jason T. Rodriguez (TX Bar 24042827)
HIGIER ALLEN & LAUTIN, P.C.
The Tower at Cityplace
2711 N. Haskell Ave., Suite 2400
Dallas, Texas 75204
Telephone: (972) 716-1888
Facsimile: (972) 716-1899
jrodriguez@higierallen.com

ATTORNEYS FOR INTERBANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE

FOUNDRY CLUB, LLC

DEBTOR.

CASE NO.: 18-32177

CHAPTER 11

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS

TO ALL PARTIES:

Please take notice that the undersigned and the law firm of HIGIER ALLEN & LAUTIN, P.C., appear as counsel for **INTERBANK** pursuant to § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, request all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorney at the following address:

Jason T. Rodriguez, *Esq*.
HIGIER ALLEN & LAUTIN, P.C.
The Tower at Cityplace
2711 N. Haskell Ave., Suite 2400
Dallas, Texas 75204
Phone: 972-716-1888
Facsimile: 972-759-1366
jrodriguez@higierallen.com

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing requests include notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices and any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile or otherwise.

The undersigned additionally request that the Debtor, United States Trustee and the Clerk of the Court place the undersigned attorney's name and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy case.

Signed this 9th day of July, 2018.
Dallas, Texas.

                                        Respectfully submitted,

                                        HIGIER ALLEN & LAUTIN, P.C.

                                        */s/ Jason T. Rodriguez*
                                        Jason T. Rodriguez
                                            Texas State Bar No. 24042827
                                        The Tower at Cityplace
                                        2711 N. Haskell Ave., Suite 2400
                                        Dallas, Texas 75204
                                        Telephone: (972) 716-1888
                                        Facsimile: (972) 716-1899

                                        ATTORNEYS FOR INTERBANK

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 9th day of July, 2018, a true and correct copy of the foregoing Notice of Appearance was served *via* the Court's ECF system and by first class mail, postage pre-paid on the following parties:

| | |
|---|---|
| Foundry Club, LLC<br>5307 E Mockingbird Lane<br>Suite 500<br>Dallas, TX 75206 | Eric A. Liepins<br>Eric A. Liepins, P.C.<br>12770 Coit Rd., Suite 1100<br>Dallas, TX 75251 |
| U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1496 | |

                                        */s/ Jason T. Rodriguez*
                                        Jason T. Rodriguez