J. Brian Vanderwoude
Texas Bar No. 24047558
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Telephone
(214) 981-9901 Facsimile
vanderwoude.brian@dorsey.com

**ATTORNEY FOR CPUS MOCKINGBIRD LP**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FOUNDRY CLUB, LLC | § | Case No. 18-32177-sgj11 |
| | § | |
| Debtor | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS, AND ORDERS

Pursuant to sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 9007

and 9010 of the Federal Rules of Bankruptcy Procedure, Dorsey & Whitney, LLP files this

notice of appearance on behalf of CPUS Mockingbird LP and requests that notice of all

hearings and conferences and service of all pleading, orders, and other papers herein, be

served upon the undersigned attorney at the following address:

J. Brian Vanderwoude
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Telephone
(214) 981-9901 Facsimile
vanderwoude.brian@dorsey.com

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF NOTICES, PLEADINGS, AND ORDERS – PAGE 1**

The foregoing requests include not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization, disclosure statement, fee application, other applications, motions, petitions, pleadings, orders, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, e-mail, or otherwise.

The undersigned additionally request that the Debtor, United States Trustee, and the Clerk of the Court place the undersigned attorney's name and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy case.

This notice of appearance is not a waiver of any right to challenge the eligibility of the Debtor for relief under the Bankruptcy Code.

Dated: July 13, 2018.

Respectfully submitted,

*/s/ Brian Vanderwoude*

J. Brian Vanderwoude
Texas Bar No. 24047558
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile
vanderwoude.brian@dorsey.com

**ATTORNEY FOR CPUS MOCKINGBIRD LP**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2018, I served a true and correct copy of the

foregoing document on all parties that are registered or otherwise entitled to receive

electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Brian Vanderwoude*

J. Brian Vanderwoude