**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Foundry Club, LLC,** | § | CASE NO. 18-32177 |
| | § | |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND DOCUMENTS**

**TO THE HONORABLE BANKRUPTCY JUDGE:**

**NOW COMES Camino Global Foundation**, creditor, hereinafter called Movant and makes this its Notice of Appearance, Request for Notices and Documents.

Camino Global Foundation requests notice of all matters "noticed" and copies of all pleadings in this proceeding pursuant to the provisions of Rules 2002, 3071(a), and 9010(b) of the Rules of Bankruptcy Procedures, as follows:

> **Sidney H. Scheinberg, Esq.**
> State Bar No. 17736620
> **Israel Silvas**
> State Bar No. 24051338
> **Aaron Gottlieb**
> State Bar No. 24069815
> Godwin Bowman & Martinez PC
> 1201 Elm Street, Suite 1700
> Dallas, TX 75270
> Telephone: (214)939-4871
> Fax: (214)527-3126
> Email: AGottlieb@GodwinBowman.com

        Respectfully submitted,
        Godwin Bowman & Martinez PC


BY:    /s/ Sidney H. Scheinberg
        SIDNEY H. SCHEINBERG
Aaron B. Gottlieb
Israel R. Silvas
1201 Elm Street, Suite 1700
Dallas, TX 75270
Telephone:  (214)939-4501
Fax:  (214)527-3116
Email: SScheinberg@GodwinBowman.com
Attorneys for Movant Camino Global Foundation

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above and foregoing Notice has been served on each of the following parties of interest on July 25, 2018, by either electronic notification or by placing same in the United States Mail, postage prepaid, as follows:

Debtor's attorney
Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Rd., Suite 1100
Dallas, TX 75251

Debtor
Foundry Club, LLC
5307 E. Mockingbird Lane
Suite 500
Dallas, TX 75206

U.S. Trustee
1100 Commerce Street - Room 976
Dallas, TX 75242-1496

                                        /s/ Sidney H. Scheinberg
                                    **SIDNEY H. SCHEINBERG**