ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE                                        §
                                             §
FOUNDRY CLUB, LLC            §            Case No. 18-32177
      DEBTOR                          §

NOTICE OF HEARING ON APPLICATION FOR JOINT ADMINISTRATION

PLEASE TAKE NOTICE that a hearing on the Application of Foundry Club, LLC., ("Debtor") for Joint Administration has been set for August 30, 2018 beginning at 9:30 a.m. in the Courtroom of the Honorable United States Bankruptcy Judge Stacey Jernigan, 1100 Commerce Street, 14th Floor, Dallas ,Texas.

Respectfully submitted,

ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax

BY: /s/ Eric Liepins
ERIC A. LIEPINS, SBN 12338110

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all creditors and the United States Trustee, United States mail on this the 2nd day of August 2018.

 /s/ Eric Liepins
Eric A. Liepins