Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| FOUNDRY CLUB, LLC § | Case no.18-32177 -11 | |
| § | | |
| § | | |
| § | CHAPTER 11 | |
| DEBTOR § | | |

**MOTION TO CONTINUE HEARING ON APPLICATION FOR JOINT ADMINISTRATION**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Foundry Club, LLC ("Foundry") Debtor and moves the Court to Continue the hearing on Debtor's Application for Joint Administration ("Motion") and would show the Court the following:

1. The Debtor filed a Motion to jointly administer this case with the case of Foundry Ventures, Inc case 18-32178.

2. A hearing on the Motion was set for August 16, 2018.

3. Debtor's counsel will be out of town on August 16, 2018 and has requested the the hearing be reset to August 39, 2018.

**MOTION TO CONTINUE HEARING ON APPLICATION ON JOINT ADMINSTRATION -- Page 1**

WHEREFORE, PREMISES CONSIDERED, the Debtor would request the hearing on the Debtor's Motion for Joint Administration be reset until August 30, 2018 at 9:30 a.m., and for such other and further relief as the Debtor may show itself justly entitled.

Respectfully submitted,

Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

By:_/s/ Eric Liepins_____
     Eric A. Liepins, SBN 12338110

PROPOSED ATTORNEY FOR DEBTOR

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion was sent via ECF to all parties who have appeared in the case and to all creditors of the debtor via US mail on this the 2nd day of August 2018.

____/s/ Eric Liepins_____
Eric A. Liepins

**MOTION TO CONTINUE HEARING ON APPLICATION ON JOINT ADMINSTRATION -- Page 2**