

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed August 6, 2018**

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| FOUNDRY CLUB, LLC | § | Case no.18-32177 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

### ORDER ON MOTION TO CONTINUE HEARING ON APPLICATION FOR JOINT ADMINISTRATION

CAME ON to be considered this day the Motion of Foundry Club, LLC ("Foundry") to Continue the hearing on Debtor's Application for Joint Administration ("Motion"). The Court having reviewed the Motion is of the opinion the Motion is well founded and should be Granted. It is accordingly,

ORDERED, ADJUDGED AND DECREED the hearing on the Debtor's Motion for Joint

Administration is continued until August 30, 2018 at 9:30 a.m. in the above Court.

### End of Order ###

Case 18-32177-sgj11 Doc 25 Filed 08/07/18    Entered 08/07/18 09:11:06    Page 2 of 2