**Jeffrey A. Hokanson**
(admitted pro hac vice)
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Jeff.Hokanson@icemiller.com

**J. Brian Vanderwoude**
Texas Bar No. 24047558
DORSEY & WHITNEY LLP
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
vanderwoude.brian@dorsey.com

**Counsel for Landlord**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> FOUNDRY CLUB, LLC, <br><br> Debtor. | Case No. 18-32177-sgj <br><br> Chapter 11 |
| FOUNDRY VENTURES, INC., <br><br> Debtor. | Case No. 18-32178-bjh <br><br> Chapter 11 |

## NOTICE OF HEARING

Please note that the following motions will be heard on August 30, 2018, at 9:30 a.m. by the Hon. Stacey G. C. Jernigan in Room 1428 (Courtroom #1) on the 14th floor of the Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242:

1. Creditor CPUS Mockingbird, LP's Motion for Relief from the Automatic Stay (doc. 26 in Case No. 18-32177);

2. Creditor CPUS Mockingbird, LP's Motion to Compel Assumption or Rejection of Lease Agreement (doc. 28 in Case No. 18-32177); and

3. CPUS Mockingbird, LP's Motion for Relief from the Automatic Stay (doc. 14 in Case No. 18-32178).

Please note that absent compelling circumstances warranting an alternative procedure, evidence presented at preliminary hearings in the Dallas and Fort Worth Divisions on motion for

relief from the automatic stay will be by affidavit only, with evidentiary affidavits from the responding party being due at least two days in advance of the hearing.  *See* L.B.R. 4001-1.  The failure of a respondent to file an evidentiary affidavit, or the failure of an attorney to attend a scheduled and noticed preliminary hearing, shall be grounds for granting the relief, regardless of the filing of a response to the motion.  *Id*.

    Respectfully submitted,

    */s/ J. Brian Vanderwoude*
    J. Brian Vanderwoude
    Texas Bar No. 24047558
    **DORSEY & WHITNEY LLP**
    300 Crescent Court, Suite 400
    Dallas, Texas 75201
    (214) 981-9900 Phone
    (214) 981-9901 Facsimile
    vanderwoude.brian@dorsey.com

    and

    Jeffrey A. Hokanson (admitted pro hac vice)
    **ICE MILLER LLP**
    One American Square, Suite 2900
    Indianapolis, IN 46282-0200
    Telephone:  (317) 236-2100
    Jeff.Hokanson@icemiller.com

    *Counsel for Landlord*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

**Eric A. Liepins**    eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com
**Jason T. Rodriguez**    jrodriguez@higierallen.com, cfincher@higierallen.com
**Sidney H. Scheinberg**    SScheinberg@GodwinLaw.com, sidscheinberg@sbcglobal.net;AGottlieb@GodwinLaw.com;TWhiteside@GodwinLaw.com;GClover@GodwinLaw.com
**United States Trustee**    ustpregion06.da.ecf@usdoj.gov

In addition, I hereby certify that on August 17, 2018, a copy of the foregoing was served upon the following parties by regular U.S. mail at the addresses listed:

**Foundry Club, LLC,** 5307 E Mockingbird Lane Suite 500, Dallas, TX 75206
**Foundry Ventures, Inc.,** 5307 E Mockingbird Lane Suite 500, Dallas, TX 75206

*/s/ J. Brian Vanderwoude*
J. Brian Vanderwoude