

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 19, 2018

_____
United States Bankruptcy Judge
_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | |
| FOUNDRY CLUB, LLC, | Case No. 18-32177 |
| Debtor. | Chapter 11 |
| FOUNDRY VENTURES, INC., | Case No. 18-32178 |
| Debtor. | Chapter 11 |

### ORDER SETTING EXPEDITED HEARINGS

The Court has considered the Application for Order Shortening Time and Setting Expedited Hearing on Motion for Relief from Stay (doc. 27 filed in Case No. 18-32177), Application for Order Shortening Time and Setting Expedited Hearing on Motion to Compel Assumption or Rejection of Lease Agreement (doc. 30 filed in Case No. 18-32177), and Application for Order Shortening Time and Setting Expedited Hearing on Motion for Relief from Stay (doc. 15 in Case No. 18-32178) filed by CPUS Mockingbird, LP.  The Court hereby GRANTS the applications and ORDERS that the following motions shall be heard by the Hon. Stacey G. C.

Jernigan on August 30, 2018, at 9:30 a.m. in Room 1428 (Courtroom #1) on the 14th floor of the Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242, with responses to the motions being due prior to the time of the hearing:

1. Creditor CPUS Mockingbird, LP's Motion for Relief from the Automatic Stay (doc. 26 in Case No. 18-32177);

2. Creditor CPUS Mockingbird, LP's Motion to Compel Assumption or Rejection of Lease Agreement (doc. 28 in Case No. 18-32177); and

3. CPUS Mockingbird, LP's Motion for Relief from the Automatic Stay (doc. 14 in Case No. 18-32178).

Counsel for movant shall serve this order on all interested parties.

### ### END OF ORDER ###

Prepared by:  J. Brian Vanderwoude, Dorsey & Whitney LLP, 300 Crescent Court Suite 400, Dallas, Texas 75201, (214) 981-9900