**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FOUNDRY CLUB, LLC, | Case No. 18-32177 |
| Debtor. | |

### ORDER GRANTING CREDITOR CPUS MOCKINGBIRD, LP'S APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

This matter comes before the Court on creditor CPUS Mockingbird, LP's Application for Allowance of Administrative Expense Claim. For good cause shown, the application is hereby **GRANTED**. It is therefore **ORDERED** that:

1. CPUS Mockingbird, LP is allowed an administrative expense in the amount of $91,891.61.

### ### END OF ORDER ###

Prepared by: J. Brian Vanderwoude, Dorsey & Whitney LLP, 300 Crescent Court Suite 400, Dallas, Texas 75201, (214) 981-9900