

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed October 19, 2018

United States Bankruptcy Judge

___

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FOUNDRY CLUB, LLC, | Case No. 18-32177 |
| Debtor. | |

### ORDER GRANTING CREDITOR CPUS MOCKINGBIRD, LP'S
### APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

This matter comes before the Court on creditor CPUS Mockingbird, LP's Application for Allowance of Administrative Expense Claim. For good cause shown, the application is hereby **GRANTED**. It is therefore **ORDERED** that:

1. CPUS Mockingbird, LP is allowed an administrative expense in the amount of $91,891.61.

### ### END OF ORDER ###

Prepared by:  J. Brian Vanderwoude, Dorsey & Whitney LLP, 300 Crescent Court Suite 400, Dallas, Texas 75201, (214) 981-9900