ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| FOUNDRY CLUB, LLC | § | Case No. 18-32177 |
|     DEBTOR | § | |

NOTICE OF WITHDRAWAL OF AMENDED MOTION TO DISMISS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Foundry Club LLC., ("Debtor"), in the above-styled and numbered cause, and files this its Notice of Withdrawal of Motion to Dismiss ("Motion"), and in support thereof would respectfully show unto the Court as follows:

1. On or about July 2, 2018 Debtor filed its Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code and has continued in possession of its property and operation of its business as a Debtor-in-Possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

2. The Debtor operated a cooperative office space business in Dallas Texas.

3. As a result of an order allowing the landlord to take over the space the Debtor

business was closed down.

    4.     The Debtor has no operations and no ability to reorganize.

    5.     On or about October 22, 2108 the Debtor filed a Motion to Dismiss.

    6.     The Debtor withdraws the Motion to Dismiss.

Respectfully submitted,

ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax

BY: /s/ Eric Liepins
      ERIC A. LIEPINS, SBN 12338110

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all creditors and the United States Trustee, United States mail on this the 7th day of November 2018.

  /s/ Eric Liepins
Eric A. Liepins