ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| FOUNDRY CLUB, LLC | § | Case No. 18-32177 |
|     DEBTOR | § | |

MOTION TO CONVERT

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION OR REQUEST FOR HEARING IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK, 1100 COMMERCE STREET, 12TH FLOOR DALLAS, TEXAS 75242, WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THE FILING OF THIS MOTION, UNLESS THE COURT, SUA SPONTE, OR UPON TIMELY APPLICATION OF A PARTY IN INTEREST, SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION OR REQUEST FOR HEARING.**
    **IF NO OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. THE COURT RESERVES THE RIGHT TO SET ANY MATTER FOR HEARING.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, Foundry Club LLC., ("Debtor"), in the above-styled and numbered cause, and files this its Motion to Convert ("Motion"), and in support thereof would respectfully show unto the Court as follows:

On or about July 2, 2018 Debtor filed its Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code and has continued in possession of its property and operation of its business as a Debtor-in-Possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

2.	The Debtor operated a cooperative office space business in Dallas Texas.

3.	As a result of an order allowing the landlord to take over the space the Debtor business was closed down.

4.	The Debtor has no operations and no ability to reorganize.

5.	Debtor seeks to convert its case to a chapter 7 proceeding.

WHEREFORE, PREMISES CONSIDERED, Debtor, Foundry Ventures, Inc, respectfully prays this Honorable Court enter an Order Converting the case to a Chapter 7 proceeding, and for such other and further relief, at law or in equity, to which Debtor may show itself justly entitled.

Respectfully submitted,

ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax

BY: /s/ Eric Liepins_____
	ERIC A. LIEPINS, SBN 12338110

CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was sent to all creditors and the United States Trustee, United States mail on this the 20th day of November 2018.

            __/s/ Eric Liepins_____
            Eric A. Liepins