

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 19, 2018**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| FOUNDRY CLUB, LLC | § | Case No. 18-32177 |
|     DEBTOR | § | |

ORDER ON MOTION TO CONVERT

CAME ON to be considered this day the Motion of Foundry Club, LLC, ("Debtor"), to Convert to Chapter 7 ("Motion"). The Court having reviewed the Motion is of the opinion the Motion is well founded and should be Granted. It is accordingly,

ORDERED, ADJUDGED AND DECREED the above case is converted to a Chapter 7 proceeding.

### END OF ORDER ###