FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 18-32177　SGJ　Judge: STACEY G. JERNIGAN | Trustee Name:　DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | FOUNDRY CLUB, LLC | Date Filed (f) or Converted (c):　12/21/18 (c) |
| | | 341(a) Meeting Date:　01/22/19 |
| For Period Ending: | 06/30/19 | Claims Bar Date:　05/08/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FUNDS IN BANK OF AMERICA (u)  CASHIER CHECK TURNED OVER TO TRUSTEE | 0.00 | 13,310.21 | | 13,310.21 | FA |
| 2. POSSIBLE REFUND FROM TWC (u)  * POSSIBLE REFUND DUE | 0.00 | 1,581.32 | | 0.00 | 1,581.32 |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $0.00 | $14,891.53 | | $13,310.21 | $1,581.32 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CONVERTED FROM CHAPTER 11. NO CHAPTER 7 SCHEDULES FILED. ACCOUNTANT EMPLOYED. CLAIMS REVIEW IN PROCESS. ESTIMATED DATE OF TFR 02/01/2020.

Initial Projected Date of Final Report (TFR): 02/01/20　　　Current Projected Date of Final Report (TFR): 02/01/20

LFORM1

Ver: 22.02